# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160242(60)

KEITH BRONNER,
    Plaintiff,
and

ANGELS WITH WINGS TRANSPORT, LLC,
    Intervening Plaintiff,

v

CITY OF DETROIT,
    Defendant/Third-Party Plaintiff-
    Appellant,
and

GFL ENVIRONMENTAL USA, INC., f/k/a
RIZZO ENVIRONMENTAL SERVICES,
    Third-Party Defendant-Appellee.
_____/

SC: 160242
COA: 340930
Wayne CC: 15-013452-NF

   On order of the Chief Justice, the motion of defendant-appellant to file a late supplemental reply is GRANTED. The supplemental reply submitted on September 21, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk